**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Mark Cohn,

        Plaintiff,

v.

Small Investments Limited Limited, et al.,

        Defendants.

No. CV-25-03581-PHX-KML

**ORDER**

Plaintiff Mark Cohn filed his complaint on September 30, 2025. (Doc. 1.) On October 1, 2025, the court issued an order stating any unserved defendant would be terminated on January 2, 2026. (Doc. 6.) As of February 4, 2026, there was no evidence of service on any defendant, the defendants were terminated, and the case was closed. (Doc. 7.) At the time the court entered that order, it was unaware that on February 3, 2026, Cohn had submitted a document purporting to provide proof of service. (Doc. 8.) That proof of service was filed on February 5, 2026.

Cohn's proof of service stated Cohn's office is located in Chandler, Arizona but from his "place of business at Mill Valley, California" he sent the summons and complaint to defendant Small Investments Limited in Ireland. (Doc. 8.) The proof of service did not indicate if the mailing was delivered nor did it provide any information regarding service on defendant Faith Clarke.

Upon reviewing the alleged proof of service, the court determined it was not necessary to reinstate the case. Rule 4(c)(2) does not allow for service by a party, meaning

the service attempted by Cohn was impermissible. *See Constien v. United States*, 628 F.3d 1207, 1217 (10th Cir. 2010) (service improper because mailings were done by plaintiff herself, "not by a nonparty, as required by Rule 4(c)"). In addition, the proof of service provided no supporting evidence of the mailing, nor did it state if the mail was delivered.

Despite the case being closed on February 4, 2026, Cohn took no additional action until April 14, 2026, when he filed a motion for entry of default. (Doc. 9.) That motion claims service was proper and Small Investments Limited has failed to respond. But service was not proper, and the case has already been terminated. The motion for entry of default is denied.

**IT IS ORDERED** the Motion for Default (Doc. 9) is **DENIED**.

Dated this 15th day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -